UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY L. HACKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL R. HACKER,<br><br>　　　　　Defendant. | No. 2:15-cv-00621-TLN-AC<br><br><br>ORDER TO SHOW CAUSE |

　　　　This matter is before the undersigned pursuant to Local Rule 302(c)(21). Plaintiff's complaint, filed on March 19, 2015, includes claims against defendant for fraud and breach of contract. ECF No. 1. On June 11, 2015, defendant filed a motion to dismiss plaintiff's complaint, with a hearing scheduled for July 9, 2015. ECF No. 4. On the same day, the court continued the hearing to July 22, 2015. ECF No. 5. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition by July 8, 2015. Plaintiff has yet to file either an opposition or notice of non-opposition.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

////

1

2. The court's July 22, 2015, hearing on defendant's motion to dismiss is VACATED.

DATED: July 20, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE