|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CASEY L. HACKER, | No. 2:15-cv-0621 TLN AC (PS) |
|---|---|
| Plaintiff, |   |
| v. | TRANSFER ORDER |
| MICHAEL R. HACKER, |   |
| Defendant. |   |

This matter is scheduled for an Initial Scheduling Conference on August 26, 2015. In the parties' Joint Status Report, defendant asserts, without objection from plaintiff, that Sacramento is not the proper venue for the action. ECF No. 11 ¶ D. A review of plaintiff's First Amended Complaint ("complaint") shows that Fresno is the proper venue for this case.

Under the venue statute governing this action, plaintiff may bring this civil action in the federal district court for the judicial district in which the defendant resides, or where "a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28U.S.C. § 1391(b)(1), (2). According to the complaint, defendant resides in Fresno County. Complaint ¶ 2. The property being sued over is in Fresno County, and all the relevant action alleged in the complaint took place in Fresno County. Complaint ¶¶ 9-60. That county is part of the Fresno Division of the United States District Court for the Eastern District of California. See E.D. Cal. R. ("Local Rule") 120(d).

1       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
2  division of a court may, on the court's own motion, be transferred to the proper division of the
3  court. Therefore, this action will be transferred to the Fresno Division of the court.

4       Good cause appearing, IT IS HEREBY ORDERED that:

5       1. The Initial Scheduling Conference scheduled for August 26, 2015, is VACATED;

6       2. This action is transferred to the United States District Court for the Eastern District of
7  California sitting in Fresno; and

8       3. All future filings shall reference the new Fresno case number assigned and shall be
9  filed at:

> United States District Court
> Eastern District of California
> Robert E. Coyle Federal Courthouse
> 2500 Tulare Street
> Fresno, CA  93721

DATED: August 13, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2